UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| GINO SILVA LEON, MARIELLA LEON, NIVALDO PRIETO, and TANIA CHINEA PRIETO, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YGRENE ENERGY FUND, INC., YGRENE ENERGY FUND FLORIDA LLC, YGRENE ASSOCIATION FUNDING, LLC, and YGRENE HOLDINGS FLORIDA, LLC,<br><br>Defendants. | No. 1:23-cv-23904-CMA |

## PLAINTIFFS' RESPONSE TO THIS COURT'S ORDER REGARDING THE *PRO HAC VICE* MOTION FOR ATTORNEY JACOB ALEX FLINT

COMES NOW Plaintiffs' Counsel, Andrew J. Vargas, Esq. and Vargas Gonzalez Baldwin Delombard LLP, and responds to this Court's Order dated October 12, 2023 [Doc. No. 4] ordering that Jacob Alex Flint file a motion to appear *pro hac vice*:

1. The signature block of Jacob Alex Flint and Jacob Flint Law which appeared on the original Complaint was an error.

2. A First Amended Complaint in this action was filed on October 13, 2023, omitting the signature block for Jacob Alex Flint and Jacob Flint Law.

3. Plaintiffs' Counsel would inform the Court that Jacob Alex Flint and Jacob Flint Law will not be appearing in this action, and apologizes for the inconvenience arising from filing the Order [Doc. No. 4] requiring the motion for *pro hac vice*.

By: */s/ Andrew J. Vargas, Esq.*
**Andrew J. Vargas, Esq.**
Fla. Bar. No.: 59582
121 Alhambra Plaza, Suite 1140
Coral Gables, FL 33134
Tel: 305.631.2528
Facsimile: 305.631.2741
E-mail: Andrew@vargasgonzalez.com
Service e-mail:
Service6@VargasGonzalez.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I, the undersigned hereby, certify that on October 13, 2023 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

By: */s/ Andrew J. Vargas, Esq.*
**Andrew J. Vargas, Esq.**
Fla. Bar. No.: 59582
121 Alhambra Plaza, Suite 1140
Coral Gables, FL 33134
Tel: 305.631.2528
Facsimile: 305.631.2741
E-mail: Andrew@vargasgonzalez.com
Service e-mail:
Service6@VargasGonzalez.com